## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| CINDY STANFORD and BRIAN BANSE, Husband and Wife,<br><br>      Plaintiffs,<br><br>vs.<br><br>OFFICER MATTHEW HUNTER,<br><br>      Defendant. | No. 4:05-CV-490<br><br><br>VERDICT FORM<br>CINDY STANFORD |

On plaintiff Cindy Stanford's claim against defendant Officer Matthew Hunter, as

submitted in Instruction No. 10, we find in favor of: (circle one)

(Plaintiff Cindy Stanford)    or    (Defendant Officer Matthew Hunter)

Note: Complete the following paragraphs only if the above finding is in favor of plaintiff.

We find plaintiff Cindy Stanford's damages to be:  $_____

(stating the amount, or if you find that plaintiff's damages have no monetary value, set

forth a nominal amount such as $1.00).

**(Verdict form Page 1 of 4)**

22

Note: You may not award punitive damages against any defendant unless you have first found against that defendant and awarded plaintiff nominal or actual damages.

We assess punitive damages against defendant Officer Matthew Hunter as follows:

$_____ (stating the amount or, if none, write the word "none").

_____                    2 -13-07
_____                    _____
FOREPERSON                                   DATE

**(Verdict form Page 2 of 4)**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **CINDY STANFORD and BRIAN BANSE, Husband and Wife,** | |
| **Plaintiffs,** | |
| **vs.** | **No. 4:05-CV-490** |
| **OFFICER MATTHEW HUNTER,** | **VERDICT FORM** |
| **Defendant.** | **BRIAN BANSE** |

On plaintiff Brian Banse's claim against defendant Officer Matthew Hunter, as submitted

in Instruction No.10, we find in favor of: (circle one)

(Plaintiff Brian Banse)     or     (Defendant Officer Matthew Hunter)

Note: Complete the following paragraphs only if the above finding is in favor of plaintiff.

We find plaintiff Brian Banse's damages to be: $_____

(Brian Banse's damages can only be the nominal amount of One Dollar ($1.00)

**(Verdict form Page 3 of 4)**

24

Note: You may not award punitive damages against any defendant unless you have first found against that defendant and awarded plaintiff nominal or actual damages.

We assess punitive damages against defendant Officer Matthew Hunter as follows:

$_____ (stating the amount or, if none, write the word "none").

_____           2-13-07
FOREPERSON                                                    DATE

**(Verdict form Page 4 of 4)**